ROBERT E. MATTICE, Respondent, v. FRED L'AMEREAUX, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.